**Order filed September 28, 2011**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-10-00393-CR**
**14-10-00394-CR**

**EMEKA MICHAEL UYAMADU**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1138060 and 1176507**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #26, 27 and 29.**

The clerk of the 176th District Court is directed to deliver to the Clerk of this court the original of State's exhibits #26, 27 and 29, on or before **October 10, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #26, 27 and 29, to the clerk of the 176th District Court.

PER CURIAM